UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Disclosures must be filed on behalf of <u>all</u> parties to a civil, agency, bankruptcy or mandamus case, except that a disclosure statement is **not** required from the United States, from an indigent party, or from a state or local government in a pro se case. In mandamus cases arising from a civil or bankruptcy action, all parties to the action in the district court are considered parties to the mandamus case.

Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements.

If counsel is not a registered ECF filer and does not intend to file documents other than the required disclosure statement, counsel may file the disclosure statement in paper rather than electronic form. Counsel has a continuing duty to update this information.

No. 13-258    Caption: Big Daddy Drayage, LLC v. Thavian Ford

Pursuant to FRAP 26.1 and Local Rule 26.1,

BIG DADDY DRAYAGE, INC. (INCORRECTLY
(name of party/amicus)

IDENTIFIED IN THE CAPTION AS "BIG DADDY DRAYAGE, LLC")

who is   APPELLANT   , makes the following disclosure:
        (appellant/appellee/amicus)

1. Is party/amicus a publicly held corporation or other publicly held entity? ☐YES ☒NO

2. Does party/amicus have any parent corporations? ☐YES ☒NO
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity? ☐YES ☒NO
   If yes, identify all such owners:

- 1 -

4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))? ☐ YES ☒ NO
    If yes, identify entity and nature of interest:

5.  Is party a trade association? (amici curiae do not complete this question) ☐ YES ☒ NO
    If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6.  Does this case arise out of a bankruptcy proceeding? ☐ YES ☒ NO
    If yes, identify any trustee and the members of any creditors' committee:

Signature: _____  Date: 5/29/2013

Counsel for: BIG DADDY DRAYAGE, INC.

## CERTIFICATE OF SERVICE
***************************

I certify that on 5/29/2013 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

/s/ Ryan D. Gilsenan      May 29, 2013
(signature)               (date)

07/19/2012          - 2 -
SCC